IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER GIFFORD,** | Case No. 2:11-cv-02484 KJM CMK |
| Plaintiff, | **ORDER STAYING PROCEEDINGS PURSUANT TO STIPULATION GOOD CAUSE APPEARING** |
| v. | |
| **SISKIYOU COUNTY SHERIFF, STATE OF CALIFORNIA HIGHWAY PATROL, DARREL LEMOS, JOHN DOES 1-20, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED** that this action is stayed pending resolution of the related parallel criminal proceedings in *People of the State of California v. Roger James Gifford*, Siskiyou County Superior Court No. 10-1116.  Plaintiff and the CHP Officer Defendants, who have specially appeared, shall file a Joint Status Report every sixty (days) after the entry of this Order, apprising the Court of the progress and/or resolution of the related parallel criminal proceedings.

Date: 8/23/2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE