IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER GIFFORD,** | Case No. 2:11-cv-02484 KJM CMK |
| Plaintiff, | **ORDER STAYING PROCEEDINGS PURSUANT TO STIPULATION GOOD CAUSE APPEARING** |
| v. | |
| **SISKIYOU COUNTY SHERIFF, STATE OF CALIFORNIA HIGHWAY PATROL, DARREL LEMOS, JOHN DOES 1-20, et al.,** | |
| Defendants. | |

**IT IS HEREBY ORDERED** that this action is stayed pending resolution of the related parallel criminal proceedings in *People of the State of California v. Roger James Gifford*, Siskiyou County Superior Court No. 10-1116.  Plaintiff and the CHP Officer Defendants, who have specially appeared, shall file a Joint Status Report every sixty (days) after the entry of this Order, apprising the Court of the progress and/or resolution of the related parallel criminal proceedings.

1
2   **Date:** <u>8/23/2012</u>
3
4                                   _____
                                    **CRAIG M. KELLISON**
5                                   UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28