IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:11-cv-2484-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY SHERIFF, et al., | |
| Defendants. | |
| _____/ | |

    Plaintiff, proceeding pro se and in forma pauperis, brings this civil action. Pending before the court is defendants' motion to dismiss (Doc. 14) and joinder in the motion to stay (Doc. 17). No opposition to the pending motions have been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearings scheduled for October 9, 2012, at 10:00 a.m. before the undersigned in Redding, California, are hereby taken off calendar and the matters submitted on the record and briefs without oral argument.

/ / /

/ / /

/ / /

/ / /

IT IS SO ORDERED.

DATED: October 4, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE