UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD,<br><br>Plaintiff,<br><br>v.<br><br>SISKIYOU COUNTY SHERIFF, et al.,<br><br>Defendants. | No. 2:11-CV-02484 KJM CMK<br><br><br><br>ORDER |

In light of the parties' joint report and notice of non-opposition, *see* ECF Nos. 40, 41, the stay in this case is LIFTED. The parties shall appear for a status conference on May 28, 2015, at 2:30 p.m. and shall file a joint status report no later than May 21, 2015.

IT IS SO ORDERED.

DATED: April 13, 2015.

_____
UNITED STATES DISTRICT JUDGE