IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER GIFFORD, | No. 2:11-cv-2484-CMK |
| Plaintiff, | |
| vs. | ORDER |
| SISKIYOU COUNTY SHERIFF, et al., | |
| Defendants. | |
| _____ / | |

Plaintiff, proceeding pro se and in forma pauperis, brings this civil action. Pending before the court is plaintiff's second motion for an extension of time (Doc. 56) requesting a continuance of the hearing on the pending motion to dismiss due to scheduling conflict. The defendants have filed notice of non-opposition to the resetting of the hearing.

Good cause appearing therefor, the motion to reset the hearing is granted. The hearing on the pending motion to dismiss is continued from September 9, 2015, and is reset for October 21, 2015, at 10:00 a.m., before the undersigned in Redding, California.

/ / /

/ / /

1         IT IS SO ORDERED.

3 DATED: September 2, 2015

                                                          **CRAIG M. KELLISON**
                                                          UNITED STATES MAGISTRATE JUDGE