IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROGER GIFFORD,** | Case No. 2:11-cv-02484 KJM CMK (PS) |
| Plaintiff, | **ORDER** |
| v. | |
| **SISKIYOU COUNTY SHERIFF, STATE OF CALIFORNIA HIGHWAY PATROL, DARREL LEMOS, JOHN DOES 1-20, et al.,** | |
| Defendants. | |

The Court has reviewed the Stipulation set forth above. Accordingly,

IT IS ORDERED that:

1. This matter is dismissed with prejudice as to all defendants;

2. Each party is to bear its own attorney's fees and costs.

Dated: December 1, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE